1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

10

GARY DALE BARGER aka
GARY FRANCIS FISHER,

11

Plaintiff,

12

v.

13

DIRECTOR OF OPS OF CDCR, et al.,

14

Defendants.

15

_____/

16

Case No. 1:15-cv-00125-LJO-SKO (PC)

ORDER DISMISSING ACTION, WITHOUT PREJUDICE, PURSUANT TO 28 U.S.C. § 1915(G)

(Doc. 1)

17        Plaintiff Gary Dale Barger aka Gary Francis Fisher, # F85263, a state prisoner proceeding

18 pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 5, 2015.  Plaintiff is

19 subject to 28 U.S.C. § 1915(g), which provides that "[i]n no event shall a prisoner bring a civil

20 action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or

21 detained in any facility, brought an action or appeal in a court of the United States that was

22 dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief

23 may be granted, unless the prisoner is under imminent danger of serious physical injury."[1]

24

25

26

27

28

---

[1] Plaintiff has at least three dismissals which qualify as final strikes under section 1915(g).  *Silva v. Di Vittorio*, 658 F.3d 1090, 1098-99 (9th Cir. 2011).  The Court takes judicial notice of the following United States District Court cases: *Barger aka Fisher v. FBI, et al.*, 1:13-cv-00414-LJO-SAB (E.D.Cal.) (dismissed for failure to state a claim on Jul. 26, 2013); *Barger aka Fisher v. FBI, et al.*, 1:13-cv-00535-DLB (E.D.Cal.) (dismissed for failure to state a claim on Nov. 21, 2013); and *Fisher v. Bivens, 6 Unknown Agents, et al.*, 2:14-cv-01439-UA(MAN) (C.D.Cal.) (dismissed for failure to state a claim on Mar. 6, 2014).

1    The Court has reviewed Plaintiff's complaint and his allegations do not satisfy the

2  imminent danger exception to section 1915(g).[2]  *Andrews v. Cervantes*, 493 F.3d 1047, 1055-56

3  (9th Cir. 2007).  If Plaintiff wishes to pursue this action, he must first pay the $400.00 filing fee.

4    Accordingly, the Court HEREBY ORDERS as follows this action is DISMISSED, without

5  prejudice to re-filing accompanied by the $400.00 filing fee.
   IT IS SO ORDERED.

6

7    Dated:    **January 28, 2015**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

---

[2] Plaintiff is currently incarcerated at the California Health Care Facility in Stockton.  Plaintiff's allegations regarding

28  interference with mail and an assault concern past events which occurred at California State Prison-Corcoran, and his
   complaint presents no allegations that he is under imminent danger of serious physical injury.

2